■ DAVID LEAVINES, Respondent, v HUEBER-BREUER CONSTRUCTION CO., INC., et al., Appellants. [929 NYS2d 909]—

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.